

# Missouri Court of Appeals
## Southern District

**JULY 12, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD34186

      Re:    JENNIFER RENE HENSON,
              Respondent,
              vs.
              BLAKE LEE HENSON,
              Appellant.